UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Antonio COX–CUELLAR,
Defendant–Appellant.

No. 14–11245
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 28, 2014.

Kathleen Mary Salyer, Robert J. Brady, Jr., Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Alfredo A. Izaguirre, Alfredo A. Izaguirre, PA, Coral Gables, FL, Jose Antonio Cox–Cuellar, D Ray James CF, Folkston, GA, for Defendant–Appellant.

Before TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Alfredo Izaguirre, counsel for Jose Cox–Cuellar in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Cox–Cuellar's conviction and sentence are AFFIRMED.